UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SYREETA REDD, ) | |
| ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:12-cv-737 |
| ) | |
| EMPOWERMENT CLINICAL & ) | |
| CONSULTING SERVICES, LLC ) | |
| ) | |
| *et al*. ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

The Plaintiff, Syreeta Redd, by counsel, requests that the Clerk enter a notice of default against the Defendants, Empowerment Clinical & Consulting Services, LLC, and Audrey Campbell. Defendant Empowerment Clinical & Consulting Services, LLC attempted to file an Answer by Rudi Jackson. (Doc. No. 11). Upon information and belief, Rudi Jackson is not an attorney, he is not licensed to practice law, and he is not admitted to practice law in this Court. Additionally, Empowerment Clinical & Consulting Services, LLC may not lawfully proceed *pro se* in federal court. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993); *Honour Technical Group, Inc. v. U.S.*, 326 Fed. App'x 141, 142 (4th Cir. 2009) (unpublished *per curiam* opinion); *Wink, Inc. v. Wink Threading Studio, Inc.*, 2011 U.S. Dist. LEXIS 82379 *18 fn. 4 (E.D. Va. July 26, 2011). The voluntary inability of Empowerment Clinical & Consulting Services, LLC to lawfully proceed is a failure to "otherwise defend" within the meaning of Rule 55(a), requiring entry of default.

Defendant Audrey Campbell was served by personal service with process on January 31, 2013, making her Answer due on or before February 21, 2013. (Doc. No. 14). To date, Defendant Audrey Campbell has not filed any responsive pleading. Her failure to Answer or otherwise respond to the Complaint is a failure to defend the suit. *See Antoine v. U.S. Bank Nat'l Ass'n*, 547 F. Supp. 2d 30, 34 (D.D.C. 2008), requiring entry of default under Federal Rule of Civil Procedure 55(a).

                                                      Respectfully submitted,

                                                      SYREETA REDD
                                                      By Counsel

     /s/ Tim Schulte
Blackwell N. Shelley, Jr. (VSB #28142)
Tim Schulte (VSB# 41881)
Lauren Fisher (VSB#80360)
Shelley & Schulte, P.C.
2020 Monument Avenue, First Floor
Richmond VA  23220
(804) 644-9700
(804) 278-9634 [fax
blackwell.shelley@shelleyschulte.com
tim.schulte@shelleyschulte.com
lauren.fisher@shelleyschulte.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

King F. Tower, Esquire (VSB # 38767)
Carrie M. Harris, Esquire (VSB # 76817)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street, Suite 1100
Post Office Box 90

Roanoke, Virginia 24002-0090
ktower@spilmanlaw.com
charris@spilmanlaw.com

And I certify that I will mail the document by U.S. mail to the following non-filing users:

Rudi Jackson
2101 Creek Top Way
N. Chesterfield, VA 23236
(804) 938-7478

*Pro se defendant*

                                                ___/s/ Tim Schulte_____
                                                Tim Schulte (VSB # 41881)
                                                tim.schulte@shelleyschulte.com
                                                Blackwell N. Shelley, Jr. (VSB #28142)
                                                blackwell.shelley@shelleyschulte.com
                                                Lauren E. Fisher (VSB #80360)
                                                lauren.fisher@shelleyschulte.com
                                                Shelley & Schulte, P.C.
                                                2020 Monument Avenue, First Floor
                                                Richmond VA 23220
                                                (804) 644-9700
                                                (804) 278-9634 [fax]