IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| Syreeta Redd, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 3:12CV737 |
| Empowerment Clinical & | ) | |
| Consulting Services, LLC, et al., | ) | |
| Defendants. | ) | |

**FILED**

**JUN - 3 2013**

**CLERK, U.S. DISTRICT COURT
RICHMOND, VA**

## CLERK'S ENTRY OF DEFAULT

IT APPEARING by the Request for Entry of Default, filed by counsel for the plaintiff on April 18, 2013, that the defendant, Audrey Campbell, has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure.

Therefore, default is hereby entered against the defendant, Audrey Campbell.

FERNANDO GALINDO, CLERK

Date: June 3, 2013

By: _____
                Deputy