IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SYREETA REDD

and

ROY M. TERRY,
       Plaintiffs,
v.                                              Civil Action No. 3:12-cv-00737-JAG

EMPOWERMENT CLINICAL &
CONSULTING SERVICES, LLC,

AUDREY CAMPBELL,

RUDI JACKSON,

and

BRALEY & THOMPSON, INC.,
       Defendants.

## ORDER

This matter comes before the Court on a Motion to Join a Necessary Party (Dk. No. 61), a Motion to Strike the Motion for Joinder (Dk. No. 63), a Motion to Dismiss submitted by Braley & Thompson, Inc. ("Braley") (Dk. No. 42), and the Court's July 8, 2013 Order. (Dk. No. 60.) In the July 8, 2013 Order, the Court found that the plaintiff, Syreeta Redd, did not have standing to bring this action because her claim properly belongs to her Chapter 7 Bankruptcy Estate. The Court then directed the real party in interest—the bankruptcy trustee—to ratify, join, or be substituted into the action on or before September 6, 2013.

On September 3, 2013, Redd filed a motion to join the Bankruptcy Trustee—Roy Terry—as a necessary party and real party in interest. (Dk. No. 61.) Then, on September 6,

2013, Terry filed a notice to join Redd's motion asking that the Court add him as a necessary party. (Dk. No. 65.) The Court GRANTS the motion to join Terry as a plaintiff.

The Court DENIES the Motion to Strike the Motion for Joinder. Additionally, the Court DENIES Braley's motion to dismiss as the real party in interest is now a plaintiff in the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the *pro se* defendant.

Date: September 10, 2013
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge