IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SYREETA REDD, et al.
            Plaintiffs,

v.                                               Civil Action No. 3:12-cv-00737-JAG

EMPOWERMENT CLINICAL &
CONSULTING SERVICES, LLC, et al.
            Defendants.

## ORDER

      This matter comes before the Court on the request for entry of default by the plaintiff against Empowerment Clinical & Consulting Services, LLC ("Empowerment"). (Dk. No. 19.) On June 3, 2013, the Court directed *pro se* defendant Rudi Jackson that Empowerment had until June 17, 2013, to have a licensed attorney enter an appearance on its behalf before the Court would direct the Clerk to enter default against Empowerment. Empowerment failed to have an attorney enter an appearance on its behalf. Accordingly, the Court directs the Clerk to enter default against Empowerment.

      It is so ORDERED.

      Let the Clerk send a copy of this Order to all counsel of record and the *pro se* defendant.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: October 28th, 2013
Richmond, VA