**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Syreeta Redd, et al.

     Plaintiffs

vs.                                                    Civil Action No. 3:12CV737

Empowerment Clinical &
   Consulting Services, LLC, et al.,
      Defendants

## ENTRY OF DEFAULT

     IT APPEARING by affidavit of counsel for the plaintiffs, Syreeta Redd and Roy M.
Terry, Jr., that defendant, Empowerment Clinical & Consulting Services, LLC, has failed to
appear, plead or otherwise defend this action within the prescribed time allowed as otherwise
provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant,
Empowerment Clinical & Consulting Services, LLC.

DATE: October 28, 2013                     FERNANDO GALINDO, CLERK

                                   BY: _____/s/_____

                                       Carolyn McCracken