IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SYREETA REDD,**

      Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No. 3:12-cv-00737

**EMPOWERMENT CLINICAL &**
**CONSULTING SERVICES, LLC,**
**RUDI JACKSON, AUDREY CAMPBELL**
**and BRALEY & THOMPSON, INC.,**

      Defendants

## REQUEST FOR ENTRY OF DEFAULT

    1.    Braley & Thompson, Inc. ("Braley"), by counsel, respectfully requests that the Clerk of the United States District Court for the Eastern District of Virginia enter default against Defendants, Empowerment Clinical & Consulting Services, LLC, Rudi Jackson and Audrey Campbell (collectively the "Cross-Claim Defendants"), due to their failure to file responsive pleadings to Braley's Cross-Claim (Doc. No. 40) or otherwise defend in this matter.

    2.    An affidavit with respect to the default is attached hereto as **Exhibit A**.

DATED:  November 12, 2013　　　　　　BRALEY & THOMPSON, INC.

                                    **By Spilman Thomas & Battle, PLLC**

                                    /s/ Carrie M. Harris___ _____
                                    King F. Tower (VSB #38767)
                                    Carrie M. Harris (VSB #76817)
                                    **SPILMAN THOMAS & BATTLE, PLLC**
                                    310 First Street, Suite 1100
                                    Post Office Box 90
                                    Roanoke, Virginia 24002-0090
                                    ktower@spilmanlaw.com
                                    charris@spilmanlaw.com

(540) 512-1829
(540) 342-4480 (fax)

5481061

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SYREETA REDD,**

    **Plaintiff,**

v.                                    Civil Action No. 3:12-cv-00737

**EMPOWERMENT CLINICAL &**
**CONSULTING SERVICES, LLC,**
**RUDI JACKSON, AUDREY CAMPBELL**
**and BRALEY & THOMPSON, INC.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Carrie M. Harris, hereby certify that on November 12, 2013, I electronically filed the foregoing **Request for Entry of Default** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record, addressed as follows:

| | |
|---|---|
| Tim Schulte, Esquire | Rudi Jackson |
| Blackwell N. Shelley, Jr., Esquire | 2101 Creek Top Way |
| Lauren E. Fisher, Esquire | North Chesterfield, VA 23236 |
| Shelley & Schulte, P.C. | *Individually and as Registered Agent for* |
| 2020 Monument Avenue, First Floor | *Empowerment Clinical & Consulting* |
| Richmond, VA 23220 | *Services, LLC* |
| *Counsel for Plaintiff* | |

And served, via regular first class mail, a copy the foregoing to the following:

| | |
|---|---|
| Rudi Jackson | Audrey Campbell |
| 2101 Creek Top Way | 5100 Glenbeigh Drive |
| North Chesterfield, VA 23236 | Richmond, Virginia 23234 |

4

      */s/ Carrie M. Harris*
Carrie M. Harris (VSB #76817)
310 First Street, Suite 1100
P.O. Box 90
Roanoke, VA  24002-0090
charris@spilmanlaw.com
(540) 512-1800
(540) 342-4480 (fax)