IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SYREETTA REDD, et al.,

    Plaintiff

vs.                                                                   Civil Action No. 3:12cv737

EMPOWERMENT CLINICAL &
CONSULTING SERVICES, LLC, RUDI
JACKSON, AUDREY CAMPBELL
and BRALEY & THOMPSON

    Defendants

### ENTRY OF DEFAULT

    IT APPEARING by affidavit of counsel for the defendant and cross-claimant Braley & Thompson, Inc. that the cross-claim defendant, Rudi Jackson, has failed to appear, plead or otherwise defend the cross-claim within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against cross-claim defendant Rudi Jackson.

                                                          FERNANDO GALINDO, CLERK

                                                          BY: _____
                                                           J. E. Thompson, Deputy Clerk