IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SYREETA REDD,**

    **Plaintiff,**

v.                                        Civil Action No. 3:12-cv-00737

**EMPOWERMENT CLINICAL &
CONSULTING SERVICES, LLC,
RUDI JACKSON, AUDREY CAMPBELL
and BRALEY & THOMPSON, INC.,**

    **Defendants**

**and**

**BRALEY & THOMPSON, INC.,**

    **Third-Party Plaintiff,**

v.

**RUDI JACKSON AND AUDREY CAMPBELL,
INDIVIDUALLY AND AS TRUSTEES
IN LIQUIDATION OF EMPOWERMENT
CLINICAL & CONSULTING SERVICES, LLC**

    **Third-Party Defendants.**

### REQUEST FOR ENTRY OF DEFAULT

    1.    Braley & Thompson, Inc. ("Braley"), by counsel, respectfully requests that the Clerk of the United States District Court for the Eastern District of Virginia enter default against Third-Party Defendants, Rudi Jackson and Audrey Campbell, individually and as Trustees in Liquidation of Empowerment Clinical & Consulting Services, LLC (collectively the "Third-Party Defendants"), due to their failure to file responsive pleadings to Braley's Third-Party Complaint (Doc. No. 41) or otherwise defend in this matter.

    2.       An affidavit with respect to the default is attached hereto as **Exhibit A**.

DATED:  December 3, 2013      BRALEY & THOMPSON, INC.

          **By Spilman Thomas & Battle, PLLC**

/s/ Carrie M. Harris
King F. Tower (VSB #38767)
Carrie M. Harris (VSB #76817)
**SPILMAN THOMAS & BATTLE, PLLC**
310 First Street, Suite 1100
Post Office Box 90
Roanoke, Virginia 24002-0090
ktower@spilmanlaw.com
charris@spilmanlaw.com
(540) 512-1829
(540) 342-4480 (fax)

5481061

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SYREETA REDD,**

      **Plaintiff,**

v.                                      Civil Action No. 3:12-cv-00737

**EMPOWERMENT CLINICAL &**
**CONSULTING SERVICES, LLC,**
**RUDI JACKSON, AUDREY CAMPBELL**
**and BRALEY & THOMPSON, INC.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Carrie M. Harris, hereby certify that on December 3, 2013, I electronically filed the foregoing **Request for Entry of Default** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record, addressed as follows:

| | |
|---|---|
| Tim Schulte, Esquire | Rudi Jackson |
| Blackwell N. Shelley, Jr., Esquire | 2101 Creek Top Way |
| Lauren E. Fisher, Esquire | North Chesterfield, VA 23236 |
| Shelley & Schulte, P.C. | *Individually and as Registered Agent for* |
| 2020 Monument Avenue, First Floor | *Empowerment Clinical & Consulting* |
| Richmond, VA  23220 | *Services, LLC* |
| *Counsel for Plaintiff* | |

And served, via regular first class mail, a copy the foregoing to the following:

| | |
|---|---|
| Rudi Jackson | Audrey Campbell |
| 2101 Creek Top Way | 5100 Glenbeigh Drive |
| North Chesterfield, VA 23236 | Richmond, Virginia  23234 |

        */s/ Carrie M. Harris*
Carrie M. Harris (VSB #76817)
310 First Street, Suite 1100
P.O. Box 90
Roanoke, VA 24002-0090
charris@spilmanlaw.com
(540) 512-1800
(540) 342-4480 (fax)

4